AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | EDPA Clerk's Office Room 2609, 601 Market St, Philadelphia, PA 19106 |
| DOCKET NO. 13-2856 | DATE FILED 5/23/13 | |
| PLAINTIFF<br><br>MALIBU MEDIA, LLC | DEFENDANT<br><br>JOHN DOE<br>SUBSCRIBER ASSIGNED IP ADDRESS 71.175.66.76 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | SEE ATTACHMENT (13 TITLES) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Copyrights-In-Suit for IP Address 71.175.66.76**

**ISP:** Verizon FiOS
**Location:** Kennett Square, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 02/22/2013 |
| Afternoon Snack | PENDING | 02/23/2013 | 02/28/2013 | 03/03/2013 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 03/12/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 03/31/2013 |
| Faye Prelude to an Orgy | PA0001776836 | 02/11/2011 | 02/21/2012 | 03/12/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/17/2013 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 03/12/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 02/05/2013 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 01/13/2013 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 01/13/2013 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 03/03/2013 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 03/06/2013 |
| Vacation Fantasy | PA0001814250 | 11/10/2012 | 11/28/2012 | 03/12/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 13**

EXHIBIT B

EPA148